**Order entered March 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00634-CV

### TODD PRUETT, Appellant

### V.

### MICHAEL PITTMAN, M.D., Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-07463**

## ORDER

Documents filed in the above-numbered cause, DC-12-07463, are missing from the record on appeal. We **ORDER** the Dallas County District Clerk to file, within **TWENTY DAYS** of the date of this order, a supplemental record containing the following items from cause number DC-12-07463:

(1) Motion for Civil Action filed August 10, 2012;

(2) Michael Pittman, M.D.'s Original Answer, Affirmative Defenses, Special Exceptions, Plea to the Jurisdiction, Motion to Dismiss and Request for Jury Trial filed October 4, 2012;

(3) any order ruling on Michael Pittman, M.D.'s Motion to Dismiss Plaintiff's Claims of Fraud and Conspiracy with Prejudice;

(4) Order denying Plaintiff's motion for reconsideration of dismissal of claim against Michael Pitttman, M.D. entered May 2, 2013; and

(5) the court's docket sheet.


/s/     ELIZABETH LANG-MIERS
             PRESIDING JUSTICE